## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN TRAVIS ABBOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV422-280 |
| | ) | |
| CHATHAM COUNTY JAIL, official capacity, and CORRECT HEALTH, Healthcare Provider, official capacity, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## O R D E R

Before the Court is the Magistrate Judge's December 28, 2022, Report and Recommendation (Doc. 11), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 11) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. (Doc. 8.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 31st day of January 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).